# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

OXY USA, Inc.,

    Plaintiff,

    v.                                                    No. 1:19-cv-00151-KWR-JHR

UNITED STATES DEPARTMENT OF
THE INTERIOR, OFFICE OF
NATURAL RESOURCES REVENUE,
and GREGORY GOULD in his official capacity as
Director of the Office of Natural Resource Revenue,

    Defendants.

## JUDGMENT

**THIS MATTER** comes before the Court on Plaintiff's appeal of the Director of the Office of Natural Resources Revenue decision ordering Plaintiff to pay an additional $1,820,652.66 in royalty payments on federal gas leases. **(Docs. 1, 28)**.[1] For the reasons stated in the Memorandum Opinion and Order accompanying this judgment, the Court find that Plaintiff's appeal is not well-taken. The Director's decision is **AFFIRMED.**

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Director's decision is **AFFIRMED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also requested oral argument. The Court denies that request, as the Court finds oral argument unnecessary.