# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| OXY USA Inc., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-00151-KWR-JHR |
| UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF NATURAL RESOURCES REVENUE, and GREGORY GOULD in his official capacity as Director of the Office of Natural Resources Revenue, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that OXY USA Inc, Plaintiff in the above named case, hereby appeals pursuant to Fed. R. App. P. 3(a)(1) to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on the 16th day of December 2020 [ECF No. 40].

Dated this 12th day of February 2021.

    Respectfully submitted,

    */s/ Richard L. Alvidrez*
    Richard L. Alvidrez
    Samantha E. Kelly
    MILLER STRATVERT P.A.
    P.O. Box 25687
    Albuquerque, NM 87125
    Phone: (505) 842-1950
    Fax: (505) 243-4408
    ralvidrez@mstlaw.com
    skelly@mstlaw.com

    and

>Peter J. Schaumberg *pro hac vice*
>James M. Auslander *pro hac vice*
>Beveridge & Diamond, P.C.
>1900 N Street, NW, Suite 100
>Washington, DC 20036
>Phone: (202) 789-6009
>Fax: (202) 789-6190
>pschaumberg@bdlaw.com
>jauslander@bdlaw.com
>
>*Counsel for Plaintiff OXY USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2021, the foregoing Notice of Appeal was served by filing a copy of that document with the Court's CM/ECF system, which will send notice of electronic filing to counsel of record.

>*/s/ Richard L. Alvidrez*
>Richard L. Alvidrez